A. G. ADAMS, PLAINTIFF IN ERROR, V. MARSHALL D.
HADDOX, DEFENDANT IN ERROR.

This case presents only a question of the weight of evidence, and no
question of law.

ERROR to the district court for Howard county. Tried
below before NORVAL, J.

*O. A. Abbott* and *S. R. Wallace,* for plaintiff in error.

*Thomas Darnall, Henry Nunn,* and *Paul & Bell,* for
defendant in error.

COBB, CH. J.

This is a petition in error to the district court of How-
ard county, brought for the purpose of reversing the order
of said court discharging an order of attachment. The
record is voluminous; there having been a large number
of witnesses sworn at the hearing, and their testimony
taken down in writing and returned. The question is one
purely of fact, and, in short, is whether the sale of the
stock of goods in question by the defendant in error, Had-
dox, to a Mr. Dinsmore, was made with the intent to de-
fraud, hinder, or delay his creditors, or was it made in
good faith?

The district court, having the witnesses before it and
hearing their testimony, came to the conclusion that said
sale was made in good faith, and for a valuable considera-
tion, and not in fraud of the creditors of said Haddox,
and discharged the attachment.

After the hearing in this court, we carefully read and
considered all of the testimony, and unanimously came to
the conclusion that the district court in arriving at the
judgment which it did was sustained by the evidence, and
justified in rendering that judgment.

I cannot conceive that it would conduce to any good purpose to go over the testimony and attempt to present its salient points in an opinion, and will not do so; but simply announce as the decision of this court that the judgment of the district court is affirmed.

JUDGMENT AFFIRMED.

THE other judges concur.